# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

January 4, 2018

To All Attorneys of Record

Re:    *Home Depot U.S.A., Inc. v. Continental Casualty Company*
       Case No. 3:17-CV-2290-M

Dear Counsel:

It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by February 2, 2018.

Very truly yours,

*Barbara M.G. Lynn*

BMGL/jlf