IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOME DEPOT U.S.A., INC., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:17-cv-2290-M |
| CONTINENTAL CASUALTY COMPANY, | | |
| Defendant. | | |

## ORDER

In accordance with the Joint Stipulation of Dismissal [ECF No. 9], all claims asserted by Plaintiff against Defendant are dismissed with prejudice. Each party is to bear its own costs of court.

**SO ORDERED.**

February 5, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**

1